UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| MARVIN TILLMAN, | : | |
| Plaintiff, | : | Civ. No. 16-1688 (RBK) (KMW) |
| v. | : | |
| JOHN DOE, et al. | : | **MEMORANDUM AND ORDER** |
| Defendants. | : | |

Plaintiff filed a *pro se* civil rights complaint. Plaintiff's current address of record in this case is at F.C.I. Fairton in Fairton, New Jersey. On May 2, 2016, an order from this Court that was attempted to be served on plaintiff by regular U.S mail was returned as undeliverable. Indeed, a review of the Federal Bureau of Prisons inmate locator indicates that plaintiff was released from incarceration on April 14, 2016. *See https://www.bop.gov/inmateloc/* (last visited on May 5, 2016).

As of today's date, plaintiff has not updated the Court with his new address in this case in violation of Local Civil Rule 10.1. *See* L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being appraised of such change by filing a notice of said change with the Clerk."). Therefore, this Court will administratively terminate this case. Plaintiff shall be given the right to reopen this matter if he provides this Court with an updated corrected address.

2

Accordingly, IT IS this   6th   day of May, 2016,

ORDERED that the Clerk shall ADMINISTRATIVELY TERMINATE this matter for failure to comply with L. Civ. R. 10.1, with the right to re-open upon plaintiff updating his contact information and satisfying the appropriate Rules.


                                                s/Robert B. Kugler
                                                ROBERT B. KUGLER
                                                United States District Judge